Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| EDUARDO A. JIMÉNEZ SÁNCHEZ<br><br>Parte Recurrente<br><br><br>v.<br><br><br>EX PARTE | TA2026AP00113 | *APELACIÓN* **se acoge como Revisión Judicial** procedente de la División de Licenciamiento de Médicos y Profesionales de la Salud<br><br>Caso Núm.: C-DLMPS-QUI-2026-08 Resolución Denegatoria 2025-192<br><br>Sobre: Denegación de Admisión a Examen |
|---|---|---|

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 17 de febrero de 2026.

Atendido el *Aviso de Desistimiento* presentado por la parte recurrente Eduardo A. Jiménez Sánchez, el 17 de febrero de 2026, nos pronunciamos Ha Lugar.

En consecuencia, se dicta **Sentencia** de desistimiento sin perjuicio. Se ordena el cierre y archivo definitivo del presente recurso. Regla 83 (A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83 (A).

Finalmente, se deja sin efecto nuestra *Resolución* del 13 de febrero de 2026.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones